# MEMORANDUM

**DATE:** February 17, 2004

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Case Manager
Financial Litigation Unit
U.S. Attorney's Office

**RE:** U.S. v. BABAJIDE S. AJANAKU

Attached is a certified copy of the above Judgment that was entered in Lowell District Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 37A Short Street, Lowell, MA 01851.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

**MBD No.** 04 MBD 10063

**Dated:** 2/26/04

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

COMMONWEALTH OF MASSACHUSETTS
LOWELL DISTRICT COURT
41 Hurd Street
Lowell, Massachusetts 01852

Area Code (508) 459-4101

MIDDLESEX, ss.

)
)
)
)
)    Civil Action No. 02 ICV 120
)
)
)
)
)

JUDGMENT BY DEFAULT
(Rule 55 (b) (1))

Upon request of **SALLIE MAE SERVICING, L.P.**, plaintiff herein, whose claim against **BABAJIDE AJANAKU**, defendant herein, is for a sum which can by computation be made certain, and upon plaintiff's affidavits duly filed, judgment is hereby entered on behalf of the above-named plaintiff against the above-named defendant, (who has been defaulted), (who has failed to file interrogatories pursuant to Rule 33(a)), in the sum of $ **9,103.26**, with interest thereon from **12/31/01** to **6/20/02** as provided by law in the amount of $ **528.69** 12%, with cost in the amount of $ **131.22**.

DAM. & INT.  9,615.04
COSTS         131.22
              9,746.26

_____
Clerk/Magistrate

6-20-02
_____
Date

Judgment entered on docket on **6-20-02** pursuant to Rules 58(a) and 79
                                   (Date)
and notice thereof sent on **6-20-02** pursuant to Rule 77(d).
                              (Date)

21st        oct 02

_____
Signature

C-74 2M 4/91

| EXECUTION ON MONEY JUDGMENT | DOCKET NO. 0211CV 120 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| CASE NAME<br><br>Sallie Mae Servicing, L.P.<br>*Judgment Creditor*<br><br>vs.<br><br>Babajide Ajanaku<br>*Judgment Debtor* | | COURT<br><br>Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852-2295<br>(978) 459-4101 |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO G.L. c. 41, § 92) ANY CONSTABLE OF ANY CITY OR TOWN, WITHIN THE COMMONWEALTH:**

The Judgment Creditor named above has recovered judgment against the Judgment Debtor named above in the amount shown below.

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such Judgment Debtor found within your territorial jurisdiction, to cause payment to be made to the Judgment Creditor in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235, § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law.

This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the clerk-magistrate's office of this court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | | |
|---|---|---|
| 1. | Judgment Total | $ 9,746.26 |
| 2. | Date Judgment Entered | 6/20/02 |
| 3. | Date Execution Issued | 7/1/02 |
| 4. | Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 11 Days |
| 5. | Annual Postjudgment Interest Rate *(G.L. c.235, § 8 & c.231, §§ 6B-6C)* | 12.00% |
| 6. | Daily Postjudgment Interest Rate *(Line 4÷365)* | 0.0329% |
| 7. | Postjudgment Interest from Judgment to Execution *(Lines 1x4x6)* | $ 35.25 |
| 8. | Postjudgment Costs *(if any)* | |
| 9. | Credits *(if any)* | |
| 10. | **EXECUTION TOTAL** *(Lines 1+7+8 minus Line 9)* | $ 9,781.51 |

| TESTE OF FIRST JUSTICE<br>WITNESS: Hon. Neil J. Walker | DATE EXECUTION ISSUED<br>July 1, 2002 | CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| LEVYING OFFICER: | (a) Add daily interest from date execution issued: | $ |
| | (b) Add your fees as provided by law: | $ |
| | (c) LEVY TOTAL *(Execution Total + (a) + (b))* | $ |

7/1/02 le

**SallieMae Servicing**

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

ACCOUNT NUMBER: 2140980189201

CLERK OF THE COURT
LOWELL DISTRICT CRT
41 HURD STREET
LOWELL          MA   01852

10/31/02

Dear CLERK OF THE COURT,

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of 220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of Pennsylvania, in consideration of the sum of $9,631.95, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 06/20/02, docketed in MIDDLESEX, Case No. 021CV120, against BABAJIDE AJANAKU, 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-1, for $9,631.95 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is: P.O. Box 9400, Wilkes-Barre, PA 18733-9400. Phone: (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD 20857, (301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania the 31ST of OCTOBER, 2002.

_____
(Signature)

Sworn before me this __5__ day of __Nov__, 20__02__.

__Diane E Klinges__           Affiant _X_ is known to me personally
                              ___ provided valid identification
                              Type of identification provided:

My commission expires _____.  _____
                                  NOTARIAL SEAL
                                  NANCY A. SBORZ, Notary Public
                                  Hanover Twp., Luzerne County
                                  My Commission Expires April 7, 2003

PHONE (800) 251-4127  •  FAX (800) 848-1949  •  TDD/TTY (888) 833-7562  •  24 HRS/7 DAYS

214981892156244195