UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-MBD-10063 |
| | ) | |
| BABAJIDE S. AJANAKU, | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Babajide S. Ajanaku, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated:  June 1, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                          Boston, MA

I hereby certify that on this date, I have served a copy of the foregoing by mailing to Babajide S. Ajanaku at 12601 Northwest 27th Ave, Apt. T125, Miami, FL 33167.

  /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney